**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-4352**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRUCE L. MCCLELLAND,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Raymond A. Jackson, District Judge. (CR-01-113)

———————

Submitted: August 29, 2002          Decided: September 5, 2002

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Bruce L. McClelland, Appellant Pro Se. Peter Conrad Myers, OFFICE OF THE STAFF JUDGE ADVOCATE, Langley Air Force Base, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bruce L. McClelland was convicted by a magistrate judge of a traffic offense. He filed an appeal with the federal district court. On February 25, 2002, the district court dismissed McClelland's appeal. McClelland now seeks to appeal the district court's order. We dismiss the appeal for lack of jurisdiction because McClelland's notice of appeal was not timely filed.

Parties are accorded ten days after the entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(b)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(b)(4). This appeal period is "mandatory and jurisdictional." United States v. Raynor, 939 F.2d 191, 197 (4th Cir. 1991); United States v. Schuchardt, 685 F.2d 901, 902 (4th Cir. 1982).

The district court's order was entered on the docket on February 25, 2002. McClelland's notice of appeal was filed on April 24, 2002. Because McClelland failed to file a timely notice of appeal or to obtain an extension, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED